Original

1  KORY T. O'BRIEN

2  Inmate # AM1378

3  Richard J. Donovan Correctional Facility        FILED

4  480 Alta Rd.
                                                   JUL 22 2019
5  San Diego, CA 92179
                                                   CLERK, U.S DISTRICT COURT
                                                   EASTERN DISTRICT OF CALIFORNIA
6  Plaintiff Pro Se                                BY_____
                                                        DEPUTY CLERK
7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  | KORY T. O'BRIEN,        | 1:18-cv-00741-LJO-SAB          |
    |-------------------------|-------------------------------|
12  |        Plaintiff,       | DECLARATION FOR ENTRY OF      |
13  | V.                      | DEFAULT                       |
14  | K.E. SAID, ET AL,       |                               |
15  |        Defendant,       | DATE: JULY 19, 2019           |
16  |                         | JUDGE: MAGISTRATE JUDGE       |
17  |                         | STANLEY A. BOONE              |

18

19                    INTRODUCTION

20   Kory T. O'Brien ("Plaintiff"), a state prisoner proceeding pro se and in

21  forma pauperis, filed a civil rights complaint pursuant to 42 U.S.C. §1983,

22  Plaintiff filed operative complaint on August 2, 2018. (ECF No. 10). The

23  Plaintiff is pro se. Therefore, "a document filed pro se is to be liberally construed,

24  and a pro se complaint, however inartfully pleaded, must be held to less stringent

25  standards than formal pleadings drafted by lawyers." Estelle v. Gamble, 429 U.S.

26  97, 106 (1976).

27  ///

28  ///

DECLARATION FOR ENTRY OF DEFAULT

Original

# ARGUMENT

Kory T. O'Brien, hereby declares:

I am the Plaintiff herein. The complaint herein was filled on the 2 of August 2018

The court files and record herein show that the Defendants were served by the United States Marshal with a copy of summons, and a copy of the Plaintiffs' complaint on the 6 of April, 2019.

More than 20 days have elapsed since the date on which the Defendants herein were served with summons and a copy of plaintiffs' complaint, excluding the date thereof.

The Defendants have failed to answer or otherwise defend as to Plaintiffs complaint, or serve a copy of any answer or any defense which it might have had, upon affiant or any other Plaintiff herein.

Defendants are not in the Military service and are not infants or incompetent.

I declare under penalty of perjury under the laws of the united states of America that the foregoing is true and correct. And this documentation was executed at San Diego, CA 92179 on July 18, 2019

Dated: July 18, 2019

Kory T. O'Brien _____            _Kory O'Brien_ (signature)

Declarant                                   Signature

DECLARATION FOR ENTRY OF DEFULT

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, Kory T. O'Brien _____, declare:

I am over 18 years of age and a party to this action. I am a resident of Richard J. Donovan Correctional Facility _____ Prison,

in the county of San Diego _____,

State of California. My prison address is: 480 Alta Rd. San Diego, CA 92179 ,

On July 18, 2019 _____,
(DATE)

I served the attached: Declaration for entry of default _____

(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Office of the Clerk, United States District Court
Eastern District of California
Fresno, CA 93721-1318

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2019 _____    Kory O'Brien _____
(DATE)                          (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1