# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>    Plaintiff,<br><br>    v.<br><br>K. E. SAID,<br><br>    Defendants. | Case No.: 1:18-cv-00741-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>[ECF Nos. 28, 29] |

Plaintiff Kory T. O'Brien is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's request for entry of default, filed July 22, 2019.

Rule 55(a) of the Federal Rules of Civil Procedure requires that the Clerk of the Court enter default "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise . . . ." Fed. R. Civ. P. 55(a).

This action proceeds against Defendant Dr. El Said for deliberate indifference to a serious medical need in violation of the Eighth Amendment of the United States Constitution. Because Plaintiff is proceeding in forma pauperis, the Court ordered service of process by the United States Marshal on March 21, 2019. (ECF No. 24.)

///

///

1

On May 23, 2019, the summons was returned indicating that Defendant El Said was served by mail on or about April 16, 2019. (ECF No. 27.) Pursuant to Federal Rule of Civil Procedure 4(e), service of a summons and complaint may be accomplished by:

> (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made; or
> (2) doing any of the following:
> (A) delivering a copy of the summons and of the complaint to the individual personally;
> (B) leaving a copy of each at the individual's dwelling or usual place of abode with someone of suitable age and discretion who resides there; or
> (C) delivering a copy of each to an agent authorized by appointment or by law to receive service of process.

Fed. R. Civ. P. 4(e). Service may also be accompanied by mailing the summons and complaint via first class mail to the defendant with a waiver form. Fed. R. Civ. P. 4(d). However, service is effective only if the party to be served voluntarily chooses to waive service, and there is no obligation to do so. Id. Therefore, on July 16, 2019, the United States Marshal personally served Plaintiff with a copy of the summons and complaint. (ECF No. 25.) Accordingly, entry of default is not warranted, and Plaintiff's motion for entry of default is denied.

IT IS SO ORDERED.

Dated: __**July 25, 2019**__

UNITED STATES MAGISTRATE JUDGE