UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>          Plaintiff,<br><br>    v.<br><br>K. E. SAID,<br><br>          Defendant. | Case No.: 1:18-cv-00741-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND SETTING ASIDE ENTRY OF DEFAULT<br><br>[ECF Nos. 34, 35, 37] |

Plaintiff Kory T. O'Brien is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On October 8, 2019, the Magistrate Judge issued Findings and Recommendations recommending to grant Defendant's motion to set aside the entry of default entered on August 19, 2019. (ECF No. 37.) The Findings and Recommendations were served on the parties and contained notice that objections were due within twenty-one days. No objections were filed and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations issued on October 8, 2019 (ECF No. 37) are adopted in full;
2. Defendant's motion to set aside the entry of default entered on August 19, 2019 is granted;
3. Plaintiff's motion for default judgment (ECF No. 34) is denied as rendered moot; and
4. Within **twenty (20)** days from the date of service of this order, Defendant shall file a response to the first amended complaint.

IT IS SO ORDERED.

Dated: **November 13, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE