UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. E. SAID,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00741-NONE-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO QUASH THE TAKING OF HIS DEPOSITION<br><br>(ECF No. 62) |

Plaintiff Kory T. O'Brien is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to quash the taking of his deposition, filed September 9, 2020.  Plaintiff seeks to quash the taking of his deposition on September 14, 2020 on the ground that it is untimely under the Court's discovery and scheduling order.  Plaintiff's motion must be denied.

On September 4, 2020, prior to the September 6, 2020 discovery deadline, Defendant filed a motion to extend the discovery deadline for the limited purpose of taking Plaintiff's deposition because of Defendant's inability to take Plaintiff's deposition due to COVID restrictions at the institution where Plaintiff was housed.

On September 8, 2020, the Court determined that good cause existed to grant Defendant's request to extend the discovery deadline.  (ECF No. 61.)

Because Defendant sought an extension of the discovery deadline prior to the expiration, and demonstrated good cause for the extension, there is no basis to quash the taking of Plaintiff's deposition and/or to impose sanctions. Accordingly, Plaintiff's motion is DENIED, and the deposition may proceed as scheduled.

IT IS SO ORDERED.

Dated:   **September 10, 2020**

UNITED STATES MAGISTRATE JUDGE