# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KORY T. O'BRIEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. E. SAID,<br><br>　　　　　Defendants. | Case No.: 1:18-cv-00741-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR EXCERPTS OF RECORD AT THE GOVERNMENT'S EXPENSE<br><br>(ECF No. 97) |

On March 14, 2022, Plaintiff Kory T. O'Brien, a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action, filed a motion seeking excerpts of the record at government expense.  (ECF No. 97.)

Pursuant to the Ninth Circuit Rules, Plaintiff, as a pro se litigant, is not required to file an excerpt of the record and Plaintiff's in forma pauperis statues does not entitled him to copies of the record at government expense where not required by the appellate court. Ninth Circuit Rule 30–1.3; 28 U.S.C. § 1915(c).  Further, to the extent Plaintiff is attempting to order a transcript, this request is unnecessary. Fed. R. App. P. 10(b)(1). No proceedings in this action were transcribed. Plaintiff's motion is therefore DENIED.[1]

IT IS SO ORDERED.

Dated:　**March 15, 2022**　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is not prevented from requesting copies of the excerpts of the record pursuant to Ninth Circuit Rule 30–3.

1